Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS, an individual | Case No.: 2:23-cv-01854 |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| A1 PROPERTY HOLDINGS, LLC, a limited liability company; DOE INDIVIDUALS 1-20 and ROE CORPORATIONS 21-40, | |
| Defendants. | |

Plaintiff, WILLIAM EDDINS, through his attorney, David N. Salmon, of the law firm of DAVID SALMON & ASSOCIATES, INC., and Defendant A1 PROPERTY HOLDINGS, LLC, by and through its attorneys of record, Matthew L. Johnson, of the law firm of JOHNSON & GUBLER, P.C., hereby stipulate and agree that this matter is and shall be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED AND AGREED.

///

///

-1-

DATED this 19th day of June, 2024.   DATED this 20 day of June, 2024.

JOHNSON & GUBLER, P.C.   DAVID SALMON & ASSOCIATES, INC.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)   David N. Salmon (7168)
8831 W. Sahara Avenue   7495 W. Azure Dr. Suite 102
Las Vegas, NV 89117   Las Vegas, Nevada 89130
Phone: (702) 471-0065   Phone: (702) 382-9696
mjohnson@mjohnsonlaw.com   dsalmon@dsalmonlaw.com
*Attorneys for Defendant*   *Attorney for Plaintiff*

-2-

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES and good cause appearing therefore,

IT IS HEREBY ORDERED that this matter is hereby dismissed, with prejudice, with each party to pay their own attorney fees and costs.

IT IS SO ORDERED June 24, 2024.

_____
United States District Court Judge

Submitted by:

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)
8831 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (702) 471-0065
mjohnson@mjohnsonlaw.com
*Attorneys for Defendant*

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS, an individual | Case No.: 2:23-cv-01854 |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| A1 PROPERTY HOLDINGS, LLC, a limited liability company; DOE INDIVIDUALS 1-20 and ROE CORPORATIONS 21-40, | |
| Defendants. | |

Plaintiff, WILLIAM EDDINS, through his attorney, David N. Salmon, of the law firm of DAVID SALMON & ASSOCIATES, INC., and Defendant A1 PROPERTY HOLDINGS, LLC, by and through its attorneys of record, Matthew L. Johnson, of the law firm of JOHNSON & GUBLER, P.C., hereby stipulate and agree that this matter is and shall be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED AND AGREED.

///

///

-1-

DATED this 19th day of June, 2024.                    DATED this 20 day of June, 2024.

JOHNSON & GUBLER, P.C.                                DAVID SALMON & ASSOCIATES, INC.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)                             David N. Salmon (7168)
8831 W. Sahara Avenue                                 7495 W. Azure Dr. Suite 102
Las Vegas, NV 89117                                   Las Vegas, Nevada 89130
Phone: (702) 471-0065                                 Phone: (702) 382-9696
mjohnson@mjohnsonlaw.com                              dsalmon@dsalmonlaw.com
*Attorneys for Defendant*                             *Attorney for Plaintiff*

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES and good cause appearing therefore,

IT IS HEREBY ORDERED that this matter is hereby dismissed, with prejudice, with each party to pay their own attorney fees and costs.

IT IS SO ORDERED.

_____
United States District Court Judge

Submitted by:

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)
8831 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (702) 471-0065
mjohnson@mjohnsonlaw.com
*Attorneys for Defendant*

-3-